# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PARTNERS 3190, LLC;** | : | No. 3:18cv1475 |
| **WASHINGTON JP** | : | |
| **CONSTRUCTION LLC; and** | : | (Judge Munley) |
| **3383 HOLDING, LLC,** | : | |
| Plaintiffs/Respondents | : | |
| | : | |
| v. | : | |
| | : | |
| **SIGNATURE BUILDING** | : | |
| **SYSTEMS, INC.,** | : | |
| Defendant/Petitioner | : | |

## ORDER

**AND NOW**, to wit, this 12th day of March 2019, the Defendant/Petitioner's petition to vacate (Doc. 1-1) is hereby **DENIED.** The Plaintiffs/Respondents Cross-Petition to Confirm Arbitration Award (Doc. 4) is **GRANTED**.

The Clerk of Court is directed to close this case.

**BY THE COURT:**

**Date: March 12, 2019**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**